IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TORREY COLEMAN; CHARLES RICE; )
ANTONIO ELLISON; CODY HUMPHREY; )
TRAYON DUNBAR; DAVID E. ROBERTS; )
KADEEM R. TERRY; THOMAS YOUNG; )
and RAUL RANGEL-ALVAREZ, )
)
Plaintiffs, )
)
v. ) CV 320-079
)
TIM WARD, Commissioner; DIRECTOR )
SHEPPARD; JERMAINE WHITE, Warden; )
DEPUTY WARDEN WICKER; DEPUTY )
WARDEN KEITH; and DEPUTY WARDEN )
BEASLEY, )
)
Defendants. )

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiffs' complaint without prejudice, **DIRECTS** the Clerk to file and docket the instant complaint in nine new lawsuits, with the same filing dates and nine separate case numbers, and **DIRECTS** the Clerk to file and docket Plaintiffs' motion for appointment of counsel, proposed summons, and individual motions to proceed IFP in the new case number

associated with them.

SO ORDERED this 1st day of ~~January~~ Feb., 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE