AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TORREY COLEMAN; CHARLES RICE; ANTONIO ELLISON; CODY HUMPHREY; TRAYON DUNBAR; DAVID E. ROBERTS; KADEEM R. TERRY; THOMAS YOUNG; and RAUL RANGEL-ALVAREZ,

Plaintiffs,

v.

TIM WARD, Commissioner; DIRECTOR SHEPPARD; JERMAINE WHITE, Warden; DEPUTY WARDEN WICKER; DEPUTY WARDEN KEITH; and DEPUTY WARDEN BEASLEY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-079

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to Order dated February 1, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice. This civil action stands CLOSED.



02/01/2021
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020