IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
TORREY COLEMAN, et al.,           *
                                  *
      Plaintiffs,                 *
                                  *         CV 320-079
      v.                          *
                                  *
TIM WARD, Commissioner, et al.,   *
                                  *
      Defendants.                 *
```

## O R D E R

On December 9, 2020, Plaintiff Raul Rangel-Alvarez and eight other inmates of Telfair State Prison filed the captioned lawsuit. By Order of February 1, 2021, the Court dismissed the case but directed the Clerk of Court to file and docket the complaint in nine separate lawsuits, one for each plaintiff. Plaintiff Rangel-Alvarez's case was docketed as Civil Action No. 3:21-CV-010.

On March 9, 2021, the United States Magistrate Judge issued a Report and Recommendation in his new case, recommending dismissal of Plaintiff's complaint because he had failed to file the requisite Prisoner Trust Fund Account Statement and Consent to Collection of Fees as directed. (Rangel-Alvarez v. Ward, Civil Action No. 3:21-CV-10, Doc. No. 8.) The Magistrate Judge noted that Telfair State Prison had returned his prior Order because Plaintiff had been discharged from the prison. (Id. at 2.) Thus, the Magistrate Judge also pointed out that Plaintiff had failed to keep the Court apprised of his present address and had thus abandoned the case. (Id. at 3.)

On March 30, 2021, the Court adopted the Report and Recommendation with no objections thereto and closed the case.

Now, over three years later, Plaintiff has sent a letter regarding the captioned case, seeking a status update. Plaintiff also seeks copies of all pleadings in his case filed after January 4, 2021. Plaintiff complains that the Georgia Department of Corrections is interfering with his legal mail. Plaintiff is currently incarcerated at Hancock State Prison in Sparta, Georgia.

Plaintiff's three-year delay in inquiring about his case is so unreasonable that the Court need not provide further amplification. Moreover, Plaintiff is not entitled to free copies of court documents, including his own pleadings, see Jackson v. Fla. Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012); in fact, Plaintiff was never even granted *in forma pauperis* status in the case because he never filed the necessary forms. To the extent that the Georgia Department of Corrections is presently interfering with his legal mail, Plaintiff must bring an entirely new lawsuit to address this issue.

Upon the foregoing, Plaintiff's motion for status update is **GRANTED** in that the Court has now explained what happened to his case, but he is entitled to nothing more.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of June, 2024.

UNITED STATES DISTRICT JUDGE

2